UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | |
| Shannon Lee Smith, | Chapter 7<br>BKY 22-42232 |
| Debtor. | |

## NOTICE OF SALE

TO: The United States Trustee, all creditors, and other parties in interest.

On <u>July 8, 2023</u>, or as soon thereafter as the transaction may be completed, the trustee will sell property of the estate as follows:

The debtor has the following nonexempt assets that are estate property:

    Books and Wall Pictures    $150

The trustee will sell these assets to the debtor for $150 and the debtor has paid the estate $150.

The trustee believes the sale is in the best interests of the estate as the costs of liquidation would offset any value to the estate. The assets are sold "as is" without any representations and warranties.

## **OBJECTION:**     **MOTION:**    **HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court may hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| United States Bankruptcy Court | United States Trustee | Nauni J. Manty, Trustee |
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 150 S 5th Street, Suite 3125 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55402 |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

By    /e/ Nauni J. Manty
                    Nauni J. Manty, Trustee

Dated: June 13, 2023